IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KAREN E CROFT,**

    Plaintiff,

v.                                                                         CASE NO. 1:05-cv-00015-MP-AK

**JO ANNE BARNHART,**

    Defendant.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Extend Time to 5/31/05 to File Memorandum in Support of Petition. (Doc. 16). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and that Plaintiff shall have through May 31, 2005, to file her memorandum.

**DONE AND ORDERED** at Gainesville, Florida, this **10th** day of May, 2005.

                                      s/ A. KORNBLUM
                                      ALLAN KORNBLUM
                                      UNITED STATES MAGISTRATE JUDGE